Suzanne C. Leidner, Esq. (CSB #090387)
LEIDNER & LEIDNER
4622 Hollywood Blvd.
Los Angeles, CA 90027
Tel. 323 664-5670/Fax: 323 662-0840
Email: SCLeidner@sbcglobal.net

FILED
CLERK, U.S. DISTRICT COURT
APR 29 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Counsel for Plaintiff Lolita Andrews

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LOLITA ANDREWS,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

No. CV 08 1024 JTL

[PROPOSED] ORDER AWARDING EAJA FEES

IT IS ORDERED that based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees, Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under EAJA in the amount FORTY-ONE HUNDRED DOLLARS and 00/cents ($4,100.00), as authorized by 28 U.S.C. §2412(d), and subject to the terms of the above-referenced Stipulation.

Dated: 4/29/09

_____
JENNIFER T. LUM
UNITED STATES MAGISTRATE JUDGE

-1-